# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE UAW LABOR-MANAGEMENT GROUP PENSION FUND,<br><br>　　　　Plaintiffs,<br>v.<br><br>MARISA L. CARTER, an individual; BERNADETTE C. SMITH, an individual.<br><br>　　　　Defendants. | Case No.: 2:16-cv-5711 CBM (SSx)<br><br>**JUDGMENT**<br>**[JS-6]** |

Consistent with the Order Granting Plaintiffs' Motion for Default Judgment, it is hereby ordered, adjudged, and decreed that:

(1) Judgment is entered against Defendants Bernadette C. Smith ("Bernadette") and Marisa L. Carter ("Marisa") and in favor of Plaintiffs.

(2) Cornelius C. Smith ("Cornelius") was a Retired Participant receiving a Regular Pension from the UAW Labor-Management Group Pension Fund (the "Fund") in the form of a 100% Qualified Joint and Survivor Annuity with Marisa as a beneficiary for the survivor annuity in the amount of $156.46 per month, when he died on December 18, 2015.

(3) Plaintiffs shall direct the remaining benefits payable from the Fund on

| | | |
|---|---|---|
| 1 | | Cornelius's account to be paid in the form of a survivor annuity in the |
| 2 | | amount of $156.47 per month to Marisa for her lifetime, as Cornelius's |
| 3 | | surviving spouse. |
| 4 | (4) | Marisa is deemed to be the sole beneficiary with respect to the benefits |
| 5 | | remaining payable on Cornelius's account with the Fund, subject to |
| 6 | | adjustments set forth in paragraphs 5 and 6 below. |
| 7 | (5) | Plaintiffs are awarded attorneys' fees of $8,134.50, and costs of |
| 8 | | $512.50, incurred by Plaintiffs in bringing this interpleader action, and |
| 9 | | such fees and costs shall be deducted from the pension benefits payable |
| 10 | | on Cornelius's account prior to the Plaintiffs making any payments |
| 11 | | directly to Marisa. From January 1, 2016, through November 1, 2016, |
| 12 | | the Trust withheld monthly pension benefits totaling $1,721.17 payable |
| 13 | | on Cornelius's account. The entire $1,721.17 in withheld pension |
| 14 | | benefits shall be retained in the Fund and applied to Plaintiffs' |
| 15 | | attorneys' fees and costs, leaving $6,925.83 for attorneys' fees and costs |
| 16 | | due to Plaintiffs. |
| 17 | (6) | Beginning the first month after the Court enters Judgment, Plaintiffs |
| 18 | | shall retain 100% of the $156.47 monthly benefit payment each month, |
| 19 | | until the remaining $6,925.83 for attorneys' fees and costs is received |
| 20 | | by Plaintiffs. |
| 21 | (7) | Beginning the first month after all amounts set forth in paragraphs 5 and |
| 22 | | 6 hereinabove are paid, Plaintiffs shall direct payments from the Fund to |
| 23 | | Marisa $156.47 each month, for her lifetime. Said payments shall cease |
| 24 | | upon Marisa's death, and no additional survivor benefits shall be paid |
| 25 | | from the Fund. |
| 26 | (8) | Plaintiffs shall pay nothing to Bernadette. |
| 27 | (9) | Plaintiffs are hereby released, acquitted and discharged from all claims |
| 28 | | or liability to the defendants in this action, or any of them, except that |

the Plaintiffs shall be obligated to pay the monthly survivor benefit payments, less the amounts set forth in paragraphs 5 and 6, above, to Marisa.

(10) Defendants Bernadette and Marisa are hereby restrained from instituting any action or actions against Plaintiffs, in any forum, relating to the pension benefits payable on Cornelius's account from the Fund, other than to enforce this Judgment.

(11) Marisa shall be responsible for any federal and state taxes due upon the amounts awarded and/or paid to her pursuant to the Judgment or any order of the Court.

**IT IS SO ORDERED.**

DATED: May 22, 2017

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE